In the Matter of EDWARD M. TOWNSEND et al., Appellants, *v.*
ISAAC NEBENZHAL et al., Respondents.

THE PEOPLE ex rel. EDWARD M. TOWNSEND et al., Appellants,
*v.* ABRAHAM R. LAWRENCE, a Justice, etc., Respondent.

Where an order denying an application for an order of arrest or commit-
ment does not show that it was not made upon the merits, it will be so
presumed, and the order is not reviewable here.
The opinion below cannot be looked into, unless the language of the order
is ambiguous and needs aid for an understanding of the ground on which
it went.

(Argued June 1, 1880 ; decided June 15, 1880.)

THIS is an appeal from a General Term order reversing an
order of a justice of the Supreme Court, in proceedings under
the "Stilwell Act," discharging the defendants from arrest.
The order recited that it was made "upon due consideration
of the proofs in the matter and the affidavits on which the
warrant was granted." The order of General Term did not
state the grounds. *Held*, that it could not be said from the
order that it was not made upon the merits, and that the proofs
had failed to satisfy the courts below that a case was made out
for the commitment *nisi*, etc., of the defendants, and that this
being so, this court had no jurisdiction to review the order ; and
this, although the opinions do not state that the orders were

made after the merits; that an opinion could not be looked into for matter different from the order, unless the language of the order is ambiguous. (*Fisher* v. *Gould, ante* p. 228.)

*Thomas M. North* for appellants.

*A. Blumenstiel* for respondents.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.